PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
Fax:   (406) 457-5130
E-mail: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. TOMMY PLANTE, Defendant. | MJ 21-58-M-KLD  NOTICE TO COURT |
|---|---|

On April 23, 2021, Defendant Tommy Plante appeared before this Court to answer the complaint charging prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(5)(A) and illegal reentry in violation of 8 U.S.C. § 1326(a). The Court ordered the Defendant be temporarily detained for 10 days and ordered the U.S. Attorney to notify the Department of Homeland Security of the Defendant's status and detention.

1

Following the hearing, the U.S. Attorney's Office provided the said notice to officials at the Department of Homeland Security. The agency has not taken custody of the Defendant in order to commence deportation proceedings. The United States requests the Defendant continue to be detained in this case under the Bail Reform Act pending further proceedings in this matter. Based upon the Defendant's history and his ties to Canada, the United States believes the Defendant may flee or pose a danger to any other person or the community if he were released.

DATED this 28th day of April 2021.

                                        LEIF M. JOHNSON
                                        Acting United States Attorney

                                        /s/ *Paulette L. Stewart*
                                        Assistant United States Attorney
                                        Attorney for Plaintiff